# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH ROMANO, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>ENHANCED RECOVERY )<br>COMPANY, LLC, )<br>)<br>    Defendant ) | Civil Action No.: 3:15-cv-3-149-MGM |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: October 22, 2015      BY:   */s/ Craig Thor Kimmel*_____
                                                                 CRAIG THOR KIMMEL
                                                                  Kimmel & Silverman, P.C
                                                                  30 East Butler Pike
                                                                  Ambler, PA 19002
                                                                  Phone: (215) 540-8888
                                                                  Facsimile: (215) 540-8817
                                                                  Email: kimmel@creditlaw.com
                                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Convergent Outsourcing, Inc. by mail on October 22, 2015.

                                                                  */s/ Craig Thor Kimmel*
                                                                  CRAIG THOR KIMMEL